UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ECHO DAWN CUNDIFF, et al.,

Plaintiffs,

v.

RENKIM CORPORATION,

Defendant.
_______________________________/

Case No. 2:25-cv-11692

HONORABLE STEPHEN J. MURPHY, III

**ORDER CLOSING CASE**

Plaintiffs filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 26, PageID.371. Plaintiffs can voluntarily dismiss a case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Here, because Defendant has not yet answered or moved for summary judgment, the voluntary dismissal is proper. The Court will therefore order the Clerk of Court to close the case.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 6, 2026